# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| Nestor SAROZA, | : |
| Plaintiff, | : Civil No. 17-0523 (RBK/AMD) |
| v. | : **ORDER** |
| LYONS, DOUGHTY & VELDHUIS, P.C., | : |
| Defendant. | : |

**THIS MATTER** having come before the Court on Defendant's Motion to Dismiss Complaint, or in the Alternative Motion for Summary Judgment (Doc. No. 7), and the Court having converted the motion to dismiss to a motion for summary judgment, and for the reasons stated in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion for summary judgment is **GRANTED;**

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE.**

Dated: 12/19/2017

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1