# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NESTOR SAROZA, | : | |
| Plaintiff, | : | Civil No. 17-00523 (RBK/AMD) |
| v. | : | **ORDER** |
| LYONS, DOUGHTY & VELDHUIS, P.C., | : | |
| Defendant. | : | |

**PURSUANT TO** the Third Circuit's Order dated March 4, 2022, granting the Appellant's Motion to Vacate the District Court's Judgment Based upon a Lack of Article III Standing,

**IT IS HEREBY** on this __14th__ day of __September,__

**ORDERED** that the Clerk of Court shall **REOPEN** this matter; and

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1), is **DISMISSED WITHOUT PREJUDICE**.

s/ Robert B. Kugler
ROBERT B. KUGLER, U.S.D.J.